```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

DAVID LEE JEMISON, 115044,     :

    Plaintiff,              :

vs.                            :    CIVIL ACTION 12-0002-WS-M

WARDEN WHITE, et al.,          :

    Defendants.             :

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

It is ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 21st day of March, 2012.

                                    s/WILLIAM H. STEELE
                                    CHIEF UNITED STATES DISTRICT JUDGE