```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

DAVID LEE JEMISON, 115044,   :

    Plaintiff,                   :

vs.                          :   CIVIL ACTION 12-0002-WS-M

WARDEN WHITE, et al.,        :

    Defendants.                  :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 21st day of March, 2012.

                                      s/WILLIAM H. STEELE
                                    CHIEF UNITED STATES DISTRICT JUDGE